UNITED STATES DISTRICT COURT2025
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ANNA SURMAN, by and through the Administrators of her Estate, GREGORY SURMAN and KAREN CONNOLLY; and Karen Connolly, in her individual capacity,<br><br>Plaintiffs,<br><br>-against-<br><br>MONGODB, INC,<br><br>Defendant. | Case No. 26-cv-166<br><br>**CERTIFICATE OF SERVICE** |

I, Rebecca Goldstein, hereby certify as follows:

1.  I am a shareholder with the law firm Littler Mendelson, P.C., counsel for Defendant MOONGODB, INC. ("Defendant"). I am familiar with the facts set forth in this Certification.

2.  On January 8, 2026 I caused a copy of the Notice of Removal with exhibits annexed thereto, including the Notice to Adverse Party of Filing of Removal and the Notice to State Court of Filing of Removal, to be electronically filed with the Clerk of Court, Supreme Court of New York County and to be served via the New York State Electronic Filing (NYSCEF) System upon:

**Kate MacMullin, Esq.**
**Sanford Heisler Sharp McKnight, LLP**
**17 State Street, 37th Floor**
**New York, NY 10004**

3.  On January 9, 2026, I caused a copy of the following to be served via Federal Express, for overnight delivery: (a) Notice of Removal with exhibits annexed thereto, including the Notice to Adverse Party of Filing Removal and the Notice to State Court of Filing of Removal; and (b) the Civil Cover Sheet, upon:

**Kate MacMullin, Esq.**
**Sanford Heisler Sharp McKnight, LLP**
**17 State Street, 37th Floor**
**New York, NY 10004**

I certify that the foregoing statements made by me are true to the best of my knowledge. I

understand that if any of the above statements are willfully false, I am subject to punishment.

Dated:  January 8, 2026
      New York, New York                    **LITTLER MENDELSON, P.C.**

                       By: */s/ Rebecca Goldstein*
                          Rebecca Goldstein
                          Matthew D. Holmes
                          900 Third Avenue
                          New York, New York 10022.3298
                          Telephone: 212.583.9600
                          Facsimile: 212.832.2719
                          RGoldstein@littler.com
                          MDHolmes@littler.com

                          *Attorneys for Defendant*
                          *MongoDB, Inc.*