

**Littler Mendelson, P.C.**
900 Third Avenue
New York, New York 10022.3298

Request GRANTED.  The initial pretrial conference, currently scheduled for February 25, 2026, is adjourned and will be rescheduled after the Court decides the anticipated motion.

Rebecca Goldstein
Shareholder
212.497.6854 direct
212.583.9600 main
rgoldstein@littler.com

Dated: February 2, 2026
      New York, New York

**SO ORDERED.**

*Jennifer Rochon*

January 30, 2026

**JENNIFER L. ROCHON**
**United States District Judge**

**VIA ECF Filing**

Jennifer L. Rochon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Re:    ***Anna Surman, et al. v. MongoDB, Inc.***; Case No. 26-cv-00166-JLR

Dear Judge Rochon,

This office represents Defendant MongoDB, Inc. in the above-referenced matter.  Pursuant to Rules 1(A) and (F) of Your Honor's Individual Rules of Practice, we write to request an adjournment of the initial pretrial conference and related deadlines to submit a joint letter and proposed Civil Case Management Plan and Scheduling Order (ECF No. 5) *sine die*, as Defendant plans to file a dispositive motion on or before the February 16, 2026 deadline to respond to the Complaint  (see ECF No. 13).[1]  This is the first request to adjourn the initial pretrial conference and related filing deadlines and Plaintiff's counsel consents to this request.

This request is to adjourn the conference and related filing deadlines *sine die* because Defendant's planned dispositive motion seeks to dispose of all of the claims asserted before the Court in this matter. Currently, the joint letter and proposed Case Management Plan are due February 15, 2026 and the initial conference is scheduled for February 25, 2026 (ECF No. 5).

We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ Rebecca Goldstein*
Rebecca Goldstein

cc: All counsel (via ECF)

---

[1] Defendant's motion is due February 16, 2026 and Plaintiff's response is due March 18, 2026 (ECF No. 13).