UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNA SURMAN, by and through the Administrators of her Estate, GREGORY SURMAN and KAREN CONNOLLY; and KAREN CONNOLLY, in her individual capacity,<br><br>       Plaintiffs,<br><br>        -against-<br><br>MONGODB, INC,<br><br>       Defendant. | Case No. 1:26-cv-00166-JLR<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and the February 13, 2026 Declaration of Preete Bhatia with attached Exhibit, Defendant MongoDB, Inc., by its attorneys, Littler Mendelson, P.C., will move this Court before the Honorable Jennifer L. Rochon, United States District Judge, at the United States District Court, Southern District of New York, located at 500 Pearl Street, New York, New York 10007, for entry of an Order: (1) dismissing Counts 7-9 of Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6); (2) compelling Counts 1-6 of Plaintiffs' Complaint to arbitration and dismissing or staying said counts pending arbitration; and (3) granting such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's January 15, 2026 Text Order and Local Rule of Civil Procedure 6.1, Plaintiffs' response to Defendant's motion is due to be filed on March 18, 2026.  Defendant's reply in further support of its motion is due to be filed on March 25, 2026.

2

Dated:  February 16, 2026
         New York, New York                               **LITTLER MENDELSON, P.C.**

                                               By: */s/ Rebecca Goldstein*
                                                     Rebecca Goldstein
                                                     Matthew D. Holmes
                                                     900 Third Avenue
                                                     New York, New York 10022.3298
                                                     Telephone: 212.583.9600
                                                     Facsimile: 212.832.2719
                                                     RGoldstein@littler.com
                                                     MDHolmes@littler.com

                                                     *Attorneys for Defendant*
                                                     *MongoDB, Inc.*