UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNA SURMAN, by and through the Administrators of her Estate, GREGORY SURMAN and KAREN CONNOLLY; and Karen Connolly, in her individual capacity,<br><br>Plaintiffs,<br><br>-against-<br><br>MONGODB, INC,<br><br>Defendant. | Case No. 1:26-cv-00166-JLR<br><br>**DECLARATION IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS COUNTS 7-9 AND TO COMPEL COUNTS 1-6 TO ARBITRATION** |

Preete Bhatia, declares pursuant to 28 U.S.C. § 1746 and subject to the penalties of perjury, that the following is true and correct:

1.      I am over the age of 18, competent to testify to the matters stated in this declaration and I am not a party in the above-captioned matter.

2.      The facts and circumstances set forth in this declaration are based on my personal knowledge and my review of Defendant MongoDB, Inc. ("MongoDB")'s records maintained during the ordinary course of business.

3.      I have been employed by MongoDB since May 2024.  I currently work as a Senior Director, Regional Employee Experience.  In this role, I am able to access records contained in personnel files of employees and former employees.  By virtue of my employment with MongoDB, I am also aware that MongoDB maintains workers' compensation insurance coverage.

4.      I am aware that Ms. Anna Surman used to work at MongoDB.  I reviewed Ms. Surman's employment file.  Her employment file contains an Employee Invention Assignment,

12

12

Confidentiality and Arbitration Agreement, which she executed on July 2, 2021.  A true and complete copy of such agreement is attached hereto as **Exhibit A**.

5.      MongoDB maintains workers' compensation insurance coverage through CNA Insurance.

6.      MongoDB regularly sells goods that are transported across state lines and also advertises job opportunities nationally.

Dated: February 13, 2026

Preete Bhatia

12